No. 542. ROY v. MINNESOTA. Motion to dispense with printing the petition granted. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

No. 278, Misc. JACKSON v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Charles Alan Wright* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 429, Misc. ASHTON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.